FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUN 1 1 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **4:14CR00187 JAR/DDN** |
| PAMELA TABATT, et al., | ) |
| Defendants. | ) |

### ORDER

It appearing to the Court that the following defendants, to wit:

**PAMELA TABATT,
RICHARD GROSS, and
PAUL BERRA, JR.,**

have been indicted by the Grand Jury, and that they have not yet been taken into custody, nor have they yet given bail for their initial appearances to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearances.

_____
UNITED STATES DISTRICT JUDGE
Eastern District of Missouri
Eastern Division

Dated this _11th_ day of June, 2014.