UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN 1 1 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. |
| ) | |
| PAMELA TABATT, et al., ) | **4:14CR00187 JAR/DDN** |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ James C. Delworth*
JAMES C. DELWORTH, #29702MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-6242