UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CR00187 JAR (DDN) |
| ) | |
| PAMELA TABATT, ) | |
| ) | |
| Defendant, ) | |

## ENTRY OF APPEARANCE

COMES NOW, John M. Lynch, of The Law Offices of John M. Lynch, LLC., and hereby enters his appearance on behalf of Defendant, PAMELA TABATT.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

 e/s   John M. Lynch
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO 63105
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com

## Certificate of Service

I hereby certify that on February 19, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

James Delworth
Jennifer Winfield
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, MO 63102

 e/s   John M. Lynch
John M. Lynch