IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | No. 4:14CR00187 JAR/DDN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAMELA TABATT, et al., ) | |
| ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW

Come now the undersigned and moves to withdraw from further representation of the defendant, Pamela Tabatt.

By s/s Kenneth R.Schwartz
KENNETH R. SCHWARTZ   MO44528
Attorney for Defendant
7751 Carondelet Ave., Suite 204
Clayton, Missouri 63105
(314) 863-4654
(314) 862-4357 – fax
kenneth@kennethrschwartz.com

The foregoing filed in accordance with the ECF rules on February 19, 2015