UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14 CR 152 RWS |
| | ) | |
| ELIZABETH POGUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14 CR 187 JAR |
| | ) | |
| PAMELA TABATT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER SETTING HEARING UNDER F.R.CRIM.P. 44(c)

The court is advised that defendant Elizabeth Pogue in Case No. 4:14 CR 152 and defendant Pamela Tabatt in Case No. 4:14 CR 187 are now represented by the same retained counsel.  Because these cases and two others are being considered jointly for some pretrial purposes, it is appropriate that the court advise these defendants of their right to independent counsel and for the court to determine whether a conflict of interest is likely to arise.  See F.R.Crim.P. 44(c).   Therefore,

**IT IS HEREBY ORDERED** that a hearing on the propriety of joint representation is set before the undersigned on **Monday, February 23, 2015 at 2:00 p.m.**  Both defendants and their current counsel are required to be present at this hearing.

       /s/ David D. Noce       
**UNITED STATES MAGISTRATE JUDGE**

Signed on February 19, 2015.