UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __2/23/2015__   Judge ____**David D. Noce**____   Case No. __4:14cr152RWS-NCC / 4:14cr187JAR-DDN__

UNITED STATES OF AMERICA   v.  __Elizabeth Pogue, Pamela Tabatt__

Court Reporter _____   Deputy Clerk _____**Kara Scheele**_____

Assistant United States Attorney(s)   __Jennifer Winfield, Jim Delworth, Erin Granger__

Attorney(s) for Defendant(s) __**John Lynch**__

Interpreter _____   ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance                    ☐ Detention Hearing                        ☐ Preliminary Revocation
  ☐ Supervised Release Revocation     ☐ Bond Review                              ☐ Probation
☐ Arraignment                           ☐ Bond Revocation                          ☐ Supervised Release
☐ Preliminary Examination               ☐ Bond Execution/Appearance Bond           ☐ Competency
☐ Motion Hearing                        ☐ In Court Hrg (**WAIVER OF MOTIONS**)     ☐ Pretrial/Status Conference
  ☐ Evidentiary Hearing                 ☐ Change of Plea/Sentencing                ☐ Sentencing
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)       ☐ Material Witness

*Parties present for a status conference regarding conflict of interest. Both defendants are represented by John Lynch. Both defendant's signed a waiver of conflict of interest. The court finds there is no conflict of interest; order to issue.*

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond      ☐ Secured by 10%

   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention.   Detention hearing scheduled for _____ Before _____

☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered  __Not Guilty__   Order on pretrial motions:  ☐ issued   ☐ to issue

   ☐ Written Motion for Extension of Time to File Pretrial Motions
   ☐ Oral Motion for Suppression
   ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

Final Supervised Release Revocation Hearing set for _____   Before _____

   ☐ Remanded to custody   ☒ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____
Proceeding commenced __1:57__   Proceeding concluded __2:11__   Continued to _____