UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14CR00187 JAR (DDN) |
| | ) |
| PAMELA TABATT, | ) |
| | ) |
| Defendant, | ) |

**CONFLICT OF INTEREST WAIVER FORM**

COMES NOW Defendant, PAMELA TABATT, and in accordance with this Court's inquiry as to "joint" representation pursuant to Rule 44(c) of the Federal Rules of Criminal Procedure, hereby states as follows:

1) I understand that I am presently charged by indictment with various offenses against the United States, fully memorialized this Circuit under the above-captioned matter. In addition to the above, I also understand that there exists at least 3 separate indictments, each involving similar accusations. In the above-captioned matter, I understand that Elizabeth POGUE has been charged with offense(s) akin to those I am now facing in a separate indictment memorialized under Case No. 4:14CR00152 RWS (NCC). Notwithstanding, I have asked the Law Offices of John M. Lynch, LLC. to represent my interests because it is my understanding that there exists no interrelationship by and between those actions that form the basis of the indictment against Elizabeth POGUE and those that form the basis of the charges in my separate indictment. Furthermore, I have had no interaction with Elizabeth POGUE such that joint representation would be in issue.

2) As a general rule, I recognize and understand that with any joint representation, certain differences may exist or become evident during the course of our representation. However,

in this instance, I also understand that my interests, as well as those of Elizabeth POGUE, are separate and distinct such that the traditional concern of a potential conflict is a non-issue. Moreover, I do not know Elizabeth POGUE, nor have had any business dealings with her at any time, including during the time alleged in our separate indictments. Accordingly, it is my request and determination that it is in both my individual and mutual interests to have Mr. Lynch continue with my representation.

   3) This waiver thereby confirms my express agreement that the Law Offices of John M. Lynch, LLC. continue to represent my interests with full knowledge and understanding that the Law Offices of John M. Lynch, LLC. will also be representing Elizabeth POGUE in her separate case. Although I do not believe there to by any potential conflict of interest, this waiver will confirm that I have specifically agreed to waive the possibility of same arising out of the joint representation of Elizabeth POGUE and myself. It is my understanding that I am entitled to effective assistance of counsel, including separate representation. However, it is my decision that the Law Offices of John M. Lynch, LLC. continue with my legal representation.

  I, PAMELA Tabatt, have fully read the foregoing, and thereafter freely executed same in accordance with Rule 44(c) of the Federal Rules of Criminal Procedure as explained by my attorney, John M. Lynch.

_____
PAMELA TABATT

2

On this 20th day of February, 2015, before me personally appeared PAMELA TABATT personally known to me to be the person who executed the foregoing document and further acknowledged to me that she executed the foregoing instrument as her free act and deed of the purposes therein stated; and at the time of this acknowledgement she appeared mentally alert and of full mental capacity.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed my official seal in the City or County and State aforesaid, on the day and year above written.

*Jessica Olsen*
Notary Public

My Commission Expires:

JESSICA OLSEN
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: November 05, 2017
Commission Number: 13544174

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

 E/S John M. Lynch
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO 63105
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com
**Attorney for Defendant Pamela TABATT**

3

## Certificate of Service

      I hereby certify that on February 23, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

**James Delworth**
**Assistant United States Attorney**
**111 South Tenth Street, 20th Floor**
**St. Louis, MO 63102**

E/S/ John M. Lynch
John M. Lynch