UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **12/30/2015**   Judge **Noce**   Case No. **4:14cr187JAR-DDN**

UNITED STATES OF AMERICA v. **Pamela Tabatt**

Court Reporter **FTR GOLD**   Deputy Clerk **K. Scheele**

Assistant United States Attorney(s) **Erin Granger, Jim Delworth**

Attorney(s) for Defendant(s) **John Lynch**

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance
  ☐ Supervised Release Revocation
☐ Arraignment
☐ Preliminary Examination
☐ Motion Hearing
  ☐ Evidentiary Hearing
  ☐ Oral Argument/Non Evidentiary Hearing

☐ Detention Hearing
  ☐ Bond Review
☐ Bond Revocation
☐ Bond Execution/Appearance Bond
☒ In Court Hrg (**WAIVER OF MOTIONS**)
☐ Change of Plea/Sentencing
☐ Rule 5(c)(3) Removal (Identity)

☐ Preliminary Rev.
  ☐ Probation
  ☐ Supervised Release
☐ Competency
☐ Pretrial/Status Conf.
☐ Sentencing
☐ Material Witness

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

Plea entered **Not Guilty**   Order on pretrial motions: ☐ issued   ☐ to issue

☐ Written Motion for Extension of Time to File Pretrial Motions
☐ Oral Motion for Suppression
☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
☒ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
Trial date/time **2/16/16 @ 9:00 AM**   Before **JAR**
Final Supervised Release Revocation Hearing set for _____ Before _____

☐ Remanded to custody   ☒ Released on bond
Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced **9:36**   Proceeding concluded **9:40**   Continued to _____