UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR00187 JAR |
| | ) | |
| PAMELA TABATT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the possible **change of plea hearing** as to defendant **Pamela Tabatt** is set for **February 10, 2016 at 2:00 p.m.**

                                                            _____
                                                            **JOHN A. ROSS**
                                                            **UNITED STATES DISTRICT JUDGE**

Dated this 2nd day of February, 2016.