UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PAMELA TABATT, )<br>)<br>Defendant. ) | Case No. 4:14CR00187 JAR (DDN) |

## NOTICE

COMES NOW Defendant, PAMELA TABATT, by and through undersigned counsel, and pursuant to this Court's Docket Text Order of February 5, 2016 (Doc. 177), hereby notifies this Court that Defendant Tabatt will not renew her license/contract with LDiscovery for purposes of accessing the Analog database following the present term's expiration of February 29, 2016.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

BY: e/s JOHN M. LYNCH
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO 63105
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com

**Attorneys for Defendant Pamela Tabatt**

## Certificate of Service

  I hereby certify that on January 10, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

James Delworth
Erin Granger
Jennifer Winfield
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
St. Louis, MO 63102

e/s John M. Lynch
John M. Lynch
