# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET CRIMINAL PROCEEDINGS

**Date** 2/10/16      **Judge**   JAR      **Case No.** 4:14cr187 JAR

**UNITED STATES OF AMERICA vs.** Pamela Tabatt

Court Reporter Lisa Paczkowski      Deputy Clerk      JBernsen
Assistant United States Attorney(s)     Erin Granger
Attorney(s) for Defendant(s)    John Lynch
Interpreter
Probation Officer

**Parties present for** change of plea. Defendant makes an oral motion to continue hearing. The Court grants the motion. Trial set for 4/4/16 @ 9:00AM and change plea set for 2/25/16 @ 1:30PM.

**It is hereby ordered that**

**Defendant is**      X **Released on Bond**      ☐ **Remanded to Custody**

Proceedings:     11:05AM-11:21AM