UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14CR00187JAR |
| | ) | |
| PAMELA TABATT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter was set for a Change of Plea hearing on February 10, 2016. Defendant was present at the hearing with her counsel, John Lynch. The Government was represented by Assistant U.S. Attorney Erin Granger. At the hearing, Defendant made an oral request to continue the hearing. Counsel has advised the Court that additional time is needed to confer with his client and with counsel for the United States. The Court finds, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, for the reasons stated by the defendant, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsels' exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Pamela Tabatt's oral motion to continue is **granted** pursuant to 18 U.S.C. §3161(h)(7) and this matter is removed from the February 16,

1

2016 trial docket.

**IT IS FURTHER ORDERED** that the **Jury Trial** in this matter **as to defendant Pamela Tabatt** is reset to **Monday, April 4, 2016 at 9:00 a.m.** in Courtroom 12-North.

**IT IS FURTHER ORDERED** that a Change of Plea hearing is scheduled for **Thursday, February 25, 2016 at 1:30 p.m.**

                                          */s/ John A. Ross*
                                          JOHN A. ROSS
                                          UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2016.