UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CR00187 JAR (DDN) |
| ) | |
| PAMELA TABATT, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE POSSIBLE CHANGE OF PLEA SETTING**

COMES NOW Defendant PAMELA TABATT, by and through undersigned counsel, and for her Motion to Continue Possible Change of Plea Setting, hereby states to the Court the following:

1) As this Court is undoubtedly aware, this matter is set for a possible change of plea hearing on Thursday, February 25, 2016 at 1:30 p.m. This particular setting was the result of a continuation of discussions regarding a resolution to this case, as well as Defendant Tabatt's recent request to see a physician for purported "anxiety" issues.

2) At this juncture, Defendant Tabatt has informed the undersigned that she is presently scheduled to see a physician for purposes of addressing the aforementioned issues. An appointment for the same has been made for March 10, 2016. Specific information regarding this particular physician's name can be provided to this Court and/or Pretrial Services upon request.

3) Due to the apparent scheduling issues with Defendant Tabatt's doctor's appointment, Counsel requests this Court continue the presently set change of plea hearing to a later date. Defendant is not requesting a continuation of the trial setting.

WHEREFORE, for the foregoing reasons, Defendant Pamela Tabatt requests this honorable Court reset this matter for a possible change of plea hearing for a date following her March 10, 2016 doctor's appointment, and for any and further relief this Court finds just and prudent under the circumstances.

        Respectfully Submitted,

        THE LAW OFFICES OF JOHN M. LYNCH, LLC

        BY: e/s JOHN M. LYNCH
            John M. Lynch, #56604MO
            7777 Bonhomme Avenue, Suite 1200
            Clayton, MO 63105
            (314) 726-9999
            (314) 726-9199 Facsimile
            jlynch@lynchlawonline.com

        ***Attorneys for Defendant Pamela Tabatt***

**Certificate of Service**

    I hereby certify that on February 23, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

        James Delworth
        Erin Granger
        Jennifer Winfield
    Assistant United States Attorneys
    111 South Tenth Street, 20th Floor
        St. Louis, MO 63102

            e/s John M. Lynch
            John M. Lynch