**Courtroom Minutes Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**PROCEEDINGS JUDGE JOHN A. ROSS**

Date <u>3/15/2016</u>      Case No. <u>4:14cr187JAR</u>
UNITED STATES    v. <u>Pamela Tabatt</u>
Courtroom Deputy <u>Kara Scheele</u>          Court Reporter <u>Lisa Paczkowski</u>
Interpreter _____

AUSA: <u>Jennifer Winfield</u>
Defendant's Counsel: <u>John Lynch</u>
Defendant's Age: _____   Education: <u>Highschool</u>

*ARRAIGNMENT/PLEA*:
☐ Defendant waives assistance of counsel.      Waiver filed
☐ Arraignment continued until _____ at _____.
☐ Defendant signs waiver of indictment/consents to proceed by information.
☐ Criminal information filed.    ☐ Superseding indictment/information filed
☐ Defendant waives reading of <u>indictment/information</u>.
☐ Defendant arraigned.
☐ Defendant enters plea of    ☐ **Guilty**   ☐ **Not Guilty** to Count(s) _____ of the
  <u>(superseding) indictment/information</u>.

*CHANGE OF PLEA*:
☒ Defendant found competent to enter a guilty plea
☒ Guilty Plea Agreement filed
☒ The Court
     ☒ *adopts and approves* the Guilty Plea Agreement
     ☐ *defers the adoption* of the Guilty Plea Agreement
☐ Guilty Plea Agreement filed under **seal**

☒ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of **Guilty** to
  Count(s) <u>1-6</u>    of the <u>(superseding) indictment/information</u>.

☒ Sentencing set <u>June 21, 2016</u>        at <u>11:00</u>.
☐ Count(s) _____ held in abeyance until sentencing.
☒ Probation Officer in courtroom

☐ Defendant is **remanded** to custody     ☒ Defendant is released on existing **bond**

_____
_____
_____

*Proceedings*: <u>10:00-11:00</u>