UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14CR00187 JAR |
| | ) |
| PAMELA TABATT, | ) |
| | ) |
| Defendant. | ) |

**STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Erin Granger, Assistant United States Attorney for said District, and states that the Government accepts the factual statements and guideline calculations contained in the Disclosure copy of the Presentence Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/ Erin Granger*
ERIN GRANGER, #53593MO
Assistant United States Attorney
111 S. Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200
Erin.Granger@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

John Lynch
Attorney for the Defendant

Mr. Theron Jackson
United States Probation Officer

                                      *s/ Erin Granger*
                                      ERIN GRANGER, #53593MO
                                      Assistant United States Attorney