UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:14CR00187 JAR |
| vs. | ) |
| | ) |
| PAMELA TABATT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE**
**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant, PAMELA TABATT, by and through undersigned counsel, and hereby requests a 9-day extension of time, or until Friday, June 17, 2016, to file applicable objections to the Presentence Investigation Report.  Due to the sensitive nature of this particular matter, to include voluminous factual summaries, Counsel for Defendant is in need of the additional time to discuss with Defendant certain concerns Defendant has with the content of the aforementioned report.  This additional time is reasonable to allow Defendant meaningful opportunity to present objections in appropriate form and where necessary.

Respectfully submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC.

By: /s/ John M. Lynch
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, Missouri 63105
(314) 726-9999
(314) 726-9199 (facsimile)
jlynch@lynchlawonline.com
**Attorneys for Defendant Pamela Tabatt**

## Certificate of Service

      I hereby certify that on June 8, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Erin Grainger
James Delworth
Jennifer Winfield
Assistant United States Attorneys
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, MO 63102

                                    E/S John M. Lynch
                                    John M. Lynch