UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:14CR00187 JAR |
| ) | |
| PAMELA TABATT, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR LEAVE TO FILE DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT UNDER SEAL

COMES NOW Defendant, PAMELA TABATT, and hereby requests leave of Court to file Defendant's Objections to Presentence Investigation Report Under Seal as it contains information of a sensitive nature and therefore should not be subject to unlimited and/or immediate review. Counsel for Defendant certifies that a copy of the Memorandum will be forwarded by electronic transmission to James Delworth and Erin Granger, Assistant United States Attorneys, contemporaneously with this request.

    Respectfully submitted,

    /s/ John M. Lynch
    John M. Lynch, #56604MO
    7777 Bonhomme Avenue, Suite 1200
    Clayton, Missouri 63105
    (314) 726-9999
    (314) 726-9199 (facsimile)
    jlynch@lynchlawonline.com
    **Attorney for Defendant Pamela Tabatt**

## Certificate of Service

I hereby certify that on June 16th, 2016 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

James C. Delworth
Erin O. Granger
Assistant United States Attorney
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, MO 63102

E/S John M. Lynch
John M. Lynch