## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14CR00187 JAR ) |
| PAMELA TABATT, | ) ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

COMES NOW Defendant, PAMELA TABATT, by and through undersigned counsel, and hereby requests leave of Court to file Defendant's Sentencing Memorandum under seal as it contains information of a sensitive nature, and therefore, should not be subject to immediate and/or unlimited review. Counsel for Defendant further certifies that courtesy copies of the aforementioned documents have been forwarded to the assigned Assistant United States Attorneys for their review.

Respectfully submitted,

/s/ John M. Lynch
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, Missouri 63105
(314) 726-9999
(314) 726-9199 (facsimile)
jlynch@lynchlawonline.com
**Attorney for Defendant Pamela Tabatt**

## Certificate of Service

I hereby certify that on July, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Erin Granger
James Delworth
Jennifer Winfield
Richard Finneran
Assistant United States Attorneys
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, MO 63102

E/S John M. Lynch
John M. Lynch