UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14CR00187 JAR ) ) |
| PAMELA TABATT, | ) ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO CLINICAL EVALUATION
## UNDER SEAL

COMES NOW Defendant, PAMELA TABATT, by and through undersigned counsel, and hereby requests leave of Court to file Defendant's Clinical Evaluation under seal as it contains information of a sensitive nature, and therefore, should not be subject to immediate and/or unlimited review.  Counsel for Defendant further certifies that courtesy copies of the aforementioned documents have been forwarded to the assigned Assistant United States Attorneys for their review.

Respectfully submitted,

/s/ John M. Lynch
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, Missouri 63105
(314) 726-9999
(314) 726-9199 (facsimile)
jlynch@lynchlawonline.com
**Attorney for Defendant Pamela Tabatt**

## Certificate of Service

      I hereby certify that on July 19, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Erin Granger
James Delworth
Jennifer Winfield
Richard Finneran
Assistant United States Attorneys
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, MO 63102

                                        E/S John M. Lynch
                                        John M. Lynch

Case: 4:14-cr-00187-JAR   Doc. #:  288   Filed: 07/19/16   Page: 2 of 2 PageID #: 1425