# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS
### Before Judge John A. Ross

Date: 7/20/2016   Case No.: 4:14-cr-00187-JAR-1

UNITED STATES OF AMERICA vs. Pamela Tabatt

Deputy Clerk: Chelsea Olliges   Court Reporter: Lisa Paczkowski

Interpreter: _____   Probation Officer: _____

Assistant U.S. Attorney: Erin O. Granger and Jennifer A. Winfield

Defendant Attorney(s): John M. Lynch

- ☒ Defendant/Parties present for imposition of sentence
- ☒ Presentence Report adopted/accepted by Court as findings of fact- PSR filed under seal
- ☒ Sentence imposed see judgment
- ☐ Government's **Sealed Motion** is   ☐ granted   ☐ denied
- ☐ Count(s) _____ dismissed on motion of AUSA
- ☒ Objections to Presentence report heard and   ☐ granted as follows:   ☒ denied as follows:

All Objections to the Presentence Report were overruled. Testimony heard from two witnesses.
Sentence Imposed- See Judgment.

The Court makes the following recommendations to the Bureau of Prisons: See Judgment

- ☒ Defendant remanded to **Custody** of the USMS
- ☐ Defendant granted a **Voluntary Surrender** to the institution/USMS for incarceration as notified by USMS
- ☐ Defendant is released on **Probation** pending processing by USMS

Proceedings: 1:12 pm - 5:11 pm