UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
vs.                              )        Case No. _4:14CR00187  JAR_
                                 )
_Pamela Tabatt_ ,                )
                                 )
            Defendant.           )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07,

notifies the Court as follows:

☐   **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☑   **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐   **The defendant declines to sign this notice.**

(<u>Note</u>:  **Defense counsel should check the appropriate box(es) above.)**

_7/20/16_
Date

X _____
Signature of Attorney

☐   **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

_7/20/16_
Date

X _____
Signature of Defendant