UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CR-00187-JAR |
| ) | |
| PAMELA TABATT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

**IT IS HEREBY ORDERED** that the Government shall file a response to the Third Party Petition for Hearing to Adjudicate the Validity of Petitioner's Interest in Property and for Relief from Forfeiture Order by Edna Mejia, Oscar Mejia (Doc. No. 308) by **September 22, 2016**.

Dated this 15th day of September, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE