UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CR00187 JAR |
| | ) | |
| PAMELA TABATT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COMES NOW Joshua M. Jones, Assistant United States Attorney for the Eastern District of

Missouri, and hereby enters his appearance on behalf of the United States of America in the

above-captioned case and requests that copies of all motions, pleadings and orders be served upon:

Joshua M. Jones, AUSA
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200 telephone
(314) 539-2287 facsimile
joshua.jones@usdoj.gov

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney
Eastern District of Missouri


   */s/ Joshua M. Jones*
JOSHUA M. JONES   #61988MO
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2016, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

PAMELA TABATT
FMC Carswell
Register No. 41795-044
P.O. Box 27066
Fort Worth, TX 76127


        */s/ Joshua M. Jones*
        JOSHUA M. JONES   #61988MO
        Assistant United States Attorney


        Attorney for Plaintiff,
        The United States of America