UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.   4:14CR00187 JAR |
| PAMELA TABATT, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| FIRST COMMUNITY CREDIT UNION ATTN: ACCOUNTS/GARNISHMENTS 17151 CHESTERFIELD AIRPORT ROAD CHESTERFIELD, MO 63005, | ) ) ) ) ) |
| Garnishee. | ) |

## CERTIFICATION OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR

The United States of America, the judgment creditor herein, hereby certifies that copies of the Writ of Garnishment, Notice to Defendant Debtor on Exemptions, the Notice of Garnishment and Instructions, and the Clerk's Instructions to Debtor were sent to the judgment debtor by first-class mail on September 27, 2016, to the last known address of the judgment debtor, and service was made upon the judgment debtor garnishee.

RICHARD G. CALLAHAN
United States Attorney

*/s/ Joshua M. Jones*
JOSHUA M. JONES #61988MO
Assistant United States Attorney
111 S. 10th St., Suite 20.333
St. Louis, Missouri   63102
314.539.2200